UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| DuPre Jenkins, | ) | C/A No. 5:17-cv-02932-JFA-KDW |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Warden B. Mosley; CO C Snyder; CO K Krit; CO Barsh; Davison; Taylor; Lt. Broadwater; Lt. Blackwelder; CO Baker, | ) | |
| Defendants. | ) | |

This case is before the court because of Plaintiff's failure to comply with the magistrate judge's Order of December 8, 2017. ECF No.7.

A review of the record indicates that the magistrate judge ordered Plaintiff to submit items needed to render this case into proper form within twenty-one days, and specifically informed Plaintiff that if he failed to do so, this case would be dismissed *without prejudice*. The court has not received any response from Plaintiff and the time for his compliance has passed.

The mail in which the Order was sent to Plaintiff at the address provided when the case was filed has not been returned to the court, thus it is presumed that Plaintiff received the Order, but has neglected to comply with it within the time permitted under the Order.

Plaintiff's lack of response to the Order indicates intent to not continue prosecuting this case and subjects this case to dismissal. *See* Fed. R. Civ. P. 41(b) (district courts may dismiss an action if a plaintiff fails to comply with "any order of the court."); *see also Choice Hotels Int'l, Inc. v. Goodwin & Boone*, 11 F.3d 469, 471-72 (4th Cir. 1993) (dismissal with prejudice appropriate where warning given); *Chandler Leasing Corp. v. Lopez*, 669 F.2d 919, 920 (4th Cir. 1982) (court may dismiss *sua sponte*). *see also Lewis v. Hardy*, 248 F. App'x 589, 593 n.1 (5th

Cir. 2007) (stating that "the failure of a pro se litigant to notify the district court of an address change may be considered by the district court as an additional cause for dismissal for failure to prosecute"); *Ward v. Berry*, 2011 WL 2175087 (M.D. Ga. June 3, 2011) (dismissing plaintiff's claim for failure to prosecute, comply with court orders, and provide an updated address).

Accordingly, this case is dismissed *without prejudice*. The Clerk of Court shall close the file.[1]

IT IS SO ORDERED.

January 18, 2018

Columbia, South Carolina

Joseph F. Anderson, Jr.

United States District Judge

---

[1] Under General Order, Misc. No. 3:07-5014-JFA, this dismissal *without prejudice* does *not* count as a "strike" for purposes of the "three strikes" provision of 28 U.S.C. §1915(g). If Plaintiff wishes to bring this action in the future, he should obtain new forms for doing so from the Clerk's Office in Columbia (**901 Richland Street, Columbia, South Carolina 29201**).